FILED
2018 Apr-20 PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **ATASHA BUSH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No.: 7:18-cv-00106-LSC** |
| **AMSHER COLLECTION** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant, AmSher Collection Services, Inc. (AmSher), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 20, 2018.

Respectfully submitted,

*/s/Laura C. Nettles*
Laura C. Nettles. (ASB-5805-S63l)
*Counsel for Defendant,*
*AmSher Collection Services, Inc.*

**OF COUNSEL:**
**LLOYD, GRAY, WHITEHEAD & MONROE**
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
lnettles@lgwmlaw.com

**CERTIFICATE OF SERVICE**

       I certify that on April 20, 2018, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Micah S. Adkins, Esq.
THE ADKINS FIRM, P.C.
7100 Executive Center Drive, Suite 110
Brentwood, TN  37027
Phone: (615) 370-9659
Facsimile: (615) 370-4099
micahadkins@itsyourcreditreport.com

Octavio "Tav" Gomez, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602

                                      */s/  Laura C. Nettles*
                                      OF COUNSEL