FILED
2018 Apr-23  AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ATASHA BUSH,<br><br>　　Plaintiff,<br><br>vs.<br><br>AMSHER COLLECTIONS SERVICES, INC.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)　7:18-cv-00106-LSC<br>)<br>)<br>)<br>)<br>) |

## Order

This Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON APRIL 23, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485